**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

| | |
|---|---|
| SARAH FRYER, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, Commissioner, )<br>Social Security Administration )<br>   Defendant. ) | **Case No. 2:10-CV-00167 JTK** |

## FINAL JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is AFFIRMED and Plaintiff's case is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 14th day of March, 2012.

_____
United States Magistrate Judge